IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN A. STANGEL                                                                         PLAINTIFF

v.                                                     CIVIL ACTION NO. 1:23-cv-00189-TBM-RPM

INTERNAL REVENUE SERVICE                                                        DEFENDANT

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of November, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE